# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case Number 3:17-MJ-163 |
| -vs- | : | Magistrate Judge Michael J. Newman |
| CALVIN CAVONTE TRIBBLE | : | |
| Defendant. | : | |

## ORDER FOR LIMITED UNSEALING

Upon motion of the United States, and for good cause shown, the United States is hereby authorized to provide John Rion, Counsel for Defendant, a copy of the sealed Criminal Complaint, Affidavit and Arrest Warrant for review with his client, Calvin Cavonte Tribble, without further dissemination or copying of these items.  Further, these items shall remain under seal until such time as ordered by the Court.

April 27, 2017                                                                s/Michael J. Newman

                                                                                         Michael J. Newman
                                                                                         United States Magistrate Judge